IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | |
|---|---|
| MISTY GREENE,<br>Plaintiff,<br><br>vs.<br><br>TRANS UNION LLC, and FIRST PREMIER BANK,<br>Defendants. | Civil Action No. 2:26-cv-01869-DCN |

**NOTICE OF DISMISSAL WITH PREJUDICE OF DEFENDANT TRANS UNION LLC**

Pursuant to Rule 41(a)(1), FRCP, Plaintiff Misty Greene dismisses her claims as to Defendant Trans Union LLC with Prejudice, having settled her claims against Trans Union LLC. Each party will bear their own fees and costs. This does not operate as a dismissal as to any other party in this action.

DAVE MAXFIELD, ATTORNEY, LLC

By: s/ Dave Maxfield____________________
David A. Maxfield, Esq., Fed ID 6293
P.O. Box 11865
Columbia, SC 29211
803-509-6800
855-299-1656 (fax)
dave@consumerlawsc.com
*Attorney for Misty Greene*

DATED: May 19, 2026

Columbia, South Carolina