IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | |
|---|---|
| Misty Greene,<br>Plaintiff,<br>vs.<br>First Premier Bank,<br>Defendant | Civil Action No. 2:26-cv-1869-DCN |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT FIRST PREMIER BANK**

Pursuant to Rule 41(a)(1), FRCP, Plaintiff Misty Greene dismisses her claims as to Defendant First Premier Bank without prejudice. This does not operate as a dismissal as to any other party in this action.

DAVE MAXFIELD, ATTORNEY, LLC

By: s/ Dave Maxfield

David A. Maxfield, Esq., Fed ID 6293
P.O. Box 11865
Columbia, SC 29211
803-509-6800
855-299-1656 (fax)
dave@consumerlawsc.com

DATED: June 18, 2026

Columbia, South Carolina